**SAO**
Curtis R. Rawlings, Esq. (6790)
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone:  (949) 427-1888
Facsimile:   (949) 427-1889
Email:  crawlings@burgermeyer.com

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE DUNLAP, individually,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART INC., a Foreign Corporation; DOE INDIVIDUALS 1-100 and ROE CORPORATIONS/ENTITIES 1-100,<br><br>Defendants. | Case No.: 2:25-cv-01235-JAD-DJA<br><br>ECF No. 13 |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, GEORGE DUNLAP and WAL-MART, INC., by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

///

///

-1-
**STIPULATION AND ORDER**

**IT IS FURTHER STIPULATED AND AGREED** each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED** this __15th__ day of June, 2026.

Respectfully submitted:                    Approved as to Form and Content:

/s/ Curtis Rawlings                        /s/ Matthew Holland
By:_____                By:_____
CURTIS RAWLINGS, ESQ.                      MATTHEW G. HOLLAND, ESQ. Nevada
Nevada Bar No.: 6790                       Bar No.: 10370
725 S 8th Street, Suite 200                8635 South Eastern Avenue
Las Vegas, Nevada 89101                    Las Vegas, Nevada 89123
Attorney for Defendant                     Attorney for Plaintiff

**ORDER**

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 16, 2026

**BURGER, MEYER & D' ANGELO, LLP**

-2-
**STIPULATION AND ORDER**